## RECONSIDERATION OF PRIOR DECISIONS

**2007–1261 and 2007–2425.   State v. Ketterer.**
Butler C.P. No. CR–2003–03–0309. Reported at 126 Ohio St.3d 448, 2010-Ohio-3831, 935 N.E.2d 9. On motion for reconsideration. Motion denied.

**2010–0829.   Planey v. Planey.**
Mahoning App. No. 08–MA–203, 2010-Ohio-1295. Reported at 126 Ohio St.3d 1546, 2010-Ohio-3855, 932 N.E.2d 340. On motion for reconsideration. Motion denied.